Case 4:20-cv-01344   Document 42   Filed on 11/17/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES KLECKNER, individually and on behalf of all others similarly situated, | DOCKET NO. 4:20-cv-01344 |
| vs. | JURY TRIAL DEMANDED |
| ENBRIDGE (U.S.), INC. | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

### ORDER

Before the Court is the parties' Agreed Motion for Approval of Confidential Settlement and Dismissal of Claims with Prejudice. After reviewing the motion, the Court is of the opinion the motion should be GRANTED. It is, therefore,

ORDERED that the parties' Agreed Motion for Approval of Confidential Settlement and Dismissal of Claims with Prejudice is hereby GRANTED.

Signed on November 17, 2022.

_____
UNITED STATES DISTRICT JUDGE